UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HEWLETT-PACKARD CO., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GATEWAY, INC., *et al.*, ) <br> ) <br> Defendants. ) | Misc. Action No. 06-07 (RCL) |

**ORDER GRANTING MOTION TO WITHDRAW EMERGENCY *EX PARTE* MOTION**

Plaintiffs Hewlett-Packard Co. and Hewlett-Packard Development Co., L.P. move [3] to withdraw the January 9, 2006 Emergency *Ex Parte* Motion [1] for (1) Orders Granting Commissions to Take Depositions in Japan; and (2) Commissions to Take Depositions in Japan, without prejudice to their right to so move in the future.

The Motion [3] is hereby GRANTED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January 12, 2006.